### OAKLEY vs. PHILIPS.

If the interest on which the right to appeal be denied in the sup. court.—the case must be remanded.

APPEAL from the court of probates of the parish of Rapides.

MARTIN, J. delivered the opinion of the court. This is an appeal from an order of the court of probates, admitting the appellees as heirs of the deceased. The appellants were not parties in

the court of probates, but intervened after judg-
ment, by praying for an appeal, which was
granted, on their suggestion that the judgment
was to their injury.

The appellees have denied that the appellants have any interest that authorises their intervention. We have no means to try the issue thus presented; and in trying it we would not reverse the judgment of another tribunal, but take original cognizance of the rights of the appellants.

The case must therefore be remanded to the court of probates, that they may ascertain the truth or falsehood of an allegation made by the appellants, and denied by the appellees. We have lately given the same directions in two cases in the eastern district.

It is therefore ordered, adjudged, and decreed, that the case be remanded to the court of probates, with direction to the judge to enquire into the claim of the appellant to the appeal.

*Oakley* for the plaintiff, *Boyce* for the defendants.